# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**STEVEN B. KING,** as Trustee of the Restated Trust of Denise Reale,
Appellant,

v.

**SCOTT PORTMAN, RYAN COUGHLIN, SHERRY ZIMAND, DARLENE LISS, FRANK J. REALE, JR.,** and
**DEAN REALE,** individuals, and **KIMBERLY ANN COUGHLIN,**
as Executrix/Personal Representative of the Estate of **BARBARA MAYO,**
Appellees.

No. 4D17-242

[February 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marc H. Gold, Judge; L.T. Case No. PRC 11-0003799.

Steven L. Brannock and Sarah C. Pellenbarg of Brannock & Humphries, Tampa, for appellant.

No appearance, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***